554

The People of the State of Illinois, Plaintiff-Appellee, *v.* Larry Smith, a/k/a James Redmond, Defendant-Appellant.

(No. 56962;

First District (5th Division)—April 6, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Suzanne M. Kohut, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Roberta C. Cole, Assistant State's Attorneys, of counsel,) for the People.